AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JK ENTERPRISES NW, INC., dba WRANGLERS WESTERN BAR & GRILL; and KATHARINE KEMMERER, and JEFFERY HAIGHT, each individually, | ) |
| *Defendant(s)* | ) |

Civil Action No.   3:13-cv-1757-PK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JK Enterprises NW, Inc.
c/o Katharine Kemmerer
Registered Agent
7344 SE Duke St.
Portland, OR  97206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Loren D. Podwill
Laura Caldera Taylor
Bullivant Houser Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, OR  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **10/02/2013**

By: **s/S. Sellers, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JK Enterprises NW, Inc.

was received by me on *(date)* 10/3/13 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeffrey Haight – corporate secretary at Registered Agent office who is

designated by law to accept service of process on behalf of *(name of organization)* JK Enterprises NW, Inc.

at 7344 SE Duke St. Portland, OR 97206 on *(date)* 10/4/13 @ 11:10 am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/5/13

_____
Server's signature

Patrick J. Cosgrove – Process Server
Printed name and title

9220 SW Barbur Blvd. #119-329

Portland, OR 97219
Server's address

Additional information regarding attempted service, etc: