Loren D. Podwill, OSB #843241
E-Mail: loren.podwill@bullivant.com
Laura Caldera Taylor, OSB #993786
E-Mail: laura.taylor@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; CONCORD MUSIC GROUP, INC., dba JONDORA MUSIC; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; SONY/ATV SONGS LLC, dba SONY/ATV MELODY; VELVET APPLE MUSIC; MOEBETOBLAME MUSIC; SEETHER PUBLISHING; CHRYSALIS ONE AMERICA LLC, dba CHRYSALIS ONE SONGS; SONY/ATV SONGS LLC, dba SONY/ATV TREE PUBLISHING; NASHVILLE STAR MUSIC, a division of REVEILLE MUSIC PUBLISHING LLP; CARNIVAL MUSIC COMPANY, dba TILTAWHIRL MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; MAD MOTHER MUSIC, <br><br> Plaintiffs, <br><br> v. | Civil No.: 3:13-cv-01757-PK <br><br> [~~PROPOSED~~] DEFAULT JUDGMENT |

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[~~PROPOSED~~] DEFAULT JUDGMENT
Page 1

| JK ENTERPRISES NW, INC., dba WRANGLERS WESTERN BAR & GRILL; and KATHARINE KEMMERER, and JEFFERY HAIGHT, each individually, |
|---|
| Defendants. |

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

1. Plaintiffs' Motion for Default Judgment against Defendants JK Enterprises NW, Inc., dba Wranglers Western Bar & Grill, Katharine Kemmerer, and Jeffery Haight, is granted, this ~~Court finding that Defendants knowingly and intentionally infringed upon the copyrights of nine (9) musical compositions owned and/or licensed by Plaintiffs.~~ *[signed] 2/25/14*

2. Plaintiffs shall recover from Defendants JK Enterprises NW, Inc., dba Wranglers Western Bar & Grill, Katharine Kemmerer, and Jeffery Haight, jointly and severally, statutory damages in the amount of $2,000 for each of the nine (9) musical compositions, for a total of $18,000, pursuant to 17 U.S.C. Section 504(c)(1).

3. Plaintiffs shall recover from Defendants JK Enterprises NW, Inc., dba Wranglers Western Bar & Grill, Katharine Kemmerer, and Jeffery Haight, jointly and severally, full costs in this action, including reasonable attorney's fees and costs in the amount of $4,509.55, pursuant to 17 U.S.C. Section 505.

4. Plaintiffs shall recover from Defendants JK Enterprises NW, Inc., dba Wranglers Western Bar & Grill, Katharine Kemmerer, and Jeffery Haight, jointly and

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[~~PROPOSED~~] DEFAULT JUDGMENT
Page 2

severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

5. JK Enterprises NW, Inc., dba Wranglers Western Bar & Grill, Katharine Kemmerer, and Jeffery Haight and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc., pursuant to 17 U.S.C. § 502.

6. This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: February 25, 2014

_____
THE HONORABLE ~~PAUL PAPAK~~ ANNA J. BROWN
UNITED STATES DISTRICT COURT
~~MAGISTRATE~~ JUDGE

14493722.1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

~~[PROPOSED]~~ DEFAULT JUDGMENT
Page 3